McGREGOR W. SCOT
United States Attorney
JEFREY A. SPIVAK
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00166-SAB |
| Plaintiff, | [Citations #9072779 & 9072780 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ROBERT N. PAZ, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00166-SAB [Citations #9072779 & 9072780 CA/74] against ROBERT N. PAZ without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 16, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

## **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00166-SAB [Citations #9072779 & 9072780 CA/74] against ROBERT N. PAZ be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 16, 2019**

UNITED STATES MAGISTRATE JUDGE